IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAITANYA A. CHAMPION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-22-974-R |
| | ) |
| FNU HODGES, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this action appearing *pro se* asserting violation of his civil rights. In conjunction with his Complaint, Mr. Champion filed an Application for Leave to Proceed *In Forma Pauperis*. (Doc. No. 2), which was referred to United States Magistrate Judge Shon T. Erwin for review. On November 16, 2022, Judge Erwin ordered Plaintiff to file an amended Application setting forth detailed financial information about his income and all his monthly expenses by December 2, 2022 [Doc. 4]. Plaintiff has not complied with this Order.

On December 16, 2022, Judge Erwin issued a Report and Recommendation wherein he recommended that the case be dismissed for Plaintiff's failure to file an amended application to remedy defects in his original motion as ordered by the Court. The record reflects that Plaintiff has neither objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object. Furthermore, Plaintiff has made no attempt to comply with Judge Erwin's order that he remedy his deficient application. Accordingly, the Court hereby ADOPTS the Report and Recommendation and this case is hereby DISMISSED WITHOUT PREJUDICE.

2

**IT IS SO ORDERED** this 10th day of January 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE